ALAN ADELMAN, ESQ.  BAR NO. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, CA  94108
Telephone:  (415) 956-1360
Facsimile:  (415) 625-1339

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE SUPIK,<br><br>               Plaintiff,<br>   vs.<br><br>LEVEL 3 COMMUNICATIONS,<br>LLC,<br><br>              Defendant.         ) | **Case No.:** 2:07-CV-02390-MCE-KJM<br><br>**ORDER OF DISMISSAL WITH<br>PREJUDICE** |

This matter comes before the Court upon the Stipulation of the parties for dismissal of this matter pursuant to Fed.R.Civ.P. 41 (Filing 57).  In consideration of this Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter should be and therefore is dismissed, with prejudice, each party to bear their own costs.

Dated: June 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-